**United States District Court**
**for the District Of New Jersey**

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY MUTUAL MID-ATLANTIC INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>v.<br><br>LIBERTY FIRST RISK RETENTION GROUP INSURANCE COMPANY; GREGORY STEIGER; ROBERT LEE SIMMONS; TIME DISPATCH SERVICES, INC.,<br><br>    Defendant. | Civil No.: 13-2052 (KSH)<br><br>**Order** |

In light of Judge Waldor's order of November 21, 2013 [D.E. 18] granting defendant Time Dispatch Services' motion to stay these proceedings [D.E. 17]; and in light of the ongoing Utah rehabilitation proceedings of defendant Liberty First Risk Retention Group,

**IT IS**, on this 24th day of January, 2014,

**ORDERED** that the plaintiffs' motion for default judgment [D.E. 14] against Liberty First Risk Retention Group is terminated with the right to reopen when the stay in this case is lifted.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.